| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>NOMINATION FILING | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial)<br><br>O'Connell, Beverly R. | 2. Court or Organization<br><br>United States District Court, Central District of California | 3. Date of Report<br><br>01/03/2013 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States District Judge-- nominee | 5a. Report Type (check appropriate type)<br><br>✓ Nomination      Date 01/03/2013<br>☐ Initial    ☐ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/1/2012<br>to<br>12/06/2012 |

| 7. Chambers or Office Address<br><br>Los Angeles Superior Court<br>900 Third Street<br>San Fernando, California 91340 |
| --- |

| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,<br>checking the NONE box for each part where you have no reportable information. Insert signature on last page.* |
| --- |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

✓ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. 2012 | Loyola Law School, agreement to serve as Adjunct Professor in 2013 |
| 2. 2012 | Pepperdine School of Law, agreement to serve as Adjunct Professor 2012 |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2012 | Loyola Law School -- teaching | $6,600.00 |
| 2. | 2012 | Pepperdine School of Law -- teaching | $3,286.00 |
| 3. | 2012 | Los Angeles Superior Court | $190,000.00 |
| 4. | 2011 | Loyola Law School -- teaching | $6,600.00 |
| 5. | 2011 | Pepperdine School of Law -- teaching | $3,286.00 |
| 6. | 2011 | Los Angeles Superior Court | $190,000.00 |
| 7. | 2011 | State of California -- Court of Appeal Pro Tem | $2,151.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Los Angeles County District Attorney's Office - salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | Exempt | | | | |
| 3. | | | | | |
| 4. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Connell, Beverly R. | 01/03/2013 |

5.

| Name of Person Reporting | Date of Report |
|---|---|
| O'Connell, Beverly R. | 01/03/2013 |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Connell, Beverly R. | 01/03/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Apple stock | A | Dividend | L | U | | | | | |
| 2. Am. Intel group stock | A | Dividend | J | U | | | | | |
| 3. Atlas Pipeline Partners stock | A | Dividend | K | U | | | | | |
| 4. BGC Partners stock | A | Dividend | K | U | | | | | |
| 5. Bank of America stock | A | Dividend | K | U | | | | | |
| 6. Calamos Strategic Total Return Fund | A | Dividend | J | U | | | | | |
| 7. CSX Corp. stock | A | Dividend | J | U | | | | | |
| 8. Chesapeake Graite Water stock | C | Dividend | L | U | | | | | |
| 9. Citigroup Inc. stock | A | Dividend | J | U | | | | | |
| 10. Clean Energy Fuels stock | | None | K | U | | | | | |
| 11. CrossTex Energy stock | B | Dividend | K | U | | | | | |
| 12. Discovery Laboratories stock | | None | J | U | | | | | |
| 13. EMC Corp. stock | | None | J | U | | | | | |
| 14. East West Bancorp. stock | A | Dividend | J | U | | | | | |
| 15. Enerplus Corp. stock | A | Dividend | J | U | | | | | |
| 16. Ford Motor corp. stock | A | Dividend | K | U | | | | | |
| 17. Frontier Communications stock | A | Dividend | J | U | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| O'Connell, Beverly R. | 01/03/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. General Electric Corp. stock | A | Dividend | K | U | | | | | |
| 19. Genuine Parts Co. stock | A | Dividend | J | U | | | | | |
| 20. Healthcare Tr. America stock | | None | K | U | | | | | |
| 21. Heckman Corp. stock | | None | K | U | | | | | |
| 22. Huntsman Corp. stock | A | Dividend | K | U | | | | | |
| 23. Intel corp. stock | A | Dividend | K | U | | | | | |
| 24. Janus Capital Group stock | A | Dividend | J | U | | | | | |
| 25. Kronos Worldwide stock | A | Dividend | | | | | | | |
| 26. Leapfrog Ent. stock | | None | K | U | | | | | |
| 27. Lexington Realty Trust stock | A | Dividend | J | U | | | | | |
| 28. Masco Corp. stock | A | Dividend | K | U | | | | | |
| 29. Maxwell Tech. Inc. stock | | None | J | U | | | | | |
| 30. Merck & Co. stock | A | Dividend | K | U | | | | | |
| 31. Mercury Gen. Ins. Co. stock | A | Dividend | J | U | | | | | |
| 32. Microsoft Corp. stock | A | Dividend | K | U | | | | | |
| 33. Mylan, Inc. stock | | None | J | U | | | | | |
| 34. National Tech. stock | | None | K | U | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
U =Book Value    V =Other    W =Estimated

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. NGP Capital Resources stock | A | Dividend | J | U | | | | | |
| 36. Nokia Corp. stock | A | Dividend | J | U | | | | | |
| 37. NVIDIA Corp. stock | | None | J | U | | | | | |
| 38. OCZ Technology stock | | None | J | U | | | | | |
| 39. Qualcomm Inc. stock | A | Dividend | K | U | | | | | |
| 40. Quicksilver Corp. stock | | None | J | U | | | | | |
| 41. RiteAid Corp. stock | | None | J | U | | | | | |
| 42. Sandisk Corp. stock | | None | J | U | | | | | |
| 43. Seadrill Ltd. stock | A | Dividend | K | U | | | | | |
| 44. Senior Housing Properties stock | A | Dividend | J | U | | | | | |
| 45. Staples Corp. stock | A | Dividend | J | U | | | | | |
| 46. Starbucks Corp. stock | A | Dividend | L | U | | | | | |
| 47. Synovus Financial Corp. stock | A | Dividend | J | U | | | | | |
| 48. TCP Capital Group stock | A | Dividend | K | U | | | | | |
| 49. Uranium Energy Corp. stock | | None | K | U | | | | | |
| 50. Vanguard PRIMECAP fund | A | Dividend | K | U | | | | | |
| 51. Vanguard Windsor II Fund | A | Dividend | J | U | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
   - A =$1,000 or less
   - B =$1,001 - $2,500
   - C =$2,501 - $5,000
   - D =$5,001 - $15,000
   - E =$15,001 - $50,000
   - F =$50,001 - $100,000
   - G =$100,001 - $1,000,000
   - H1 =$1,000,001 - $5,000,000
   - H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
   - J =$15,000 or less
   - K =$15,001 - $50,000
   - L =$50,001 - $100,000
   - M =$100,001 - $250,000
   - N =$250,001 - $500,000
   - O =$500,001 - $1,000,000
   - P1 =$1,000,001 - $5,000,000
   - P2 =$5,000,001 - $25,000,000
   - P3 =$25,000,001 - $50,000,000
   - P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
   - Q =Appraisal
   - R =Cost (Real Estate Only)
   - S =Assessment
   - T =Cash Market
   - U =Book Value
   - V =Other
   - W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| O'Connell, Beverly R. | 01/03/2013 |

# VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Windstream Corp. stock | A | Dividend | J | U | | | | | |
| 53. Claremont Univ. Graduate bond | B | Interest | K | U | | | | | |
| 54. Huntington Mem. Hosp. municipal bond | B | Interest | K | U | | | | | |
| 55. Huntington Mem. Hosp. municipal bond | B | Interest | K | U | | | | | |
| 56. Cajon Valley Elem. School municipal bond | A | Interest | J | U | | | | | |
| 57. California Public Works municipal bond | A | Interest | K | U | | | | | |
| 58. Monrovia Library Proj municipal bond | A | Interest | K | U | | | | | |
| 59. Orange CountySeries A municipal bond | A | Interest | K | U | | | | | |
| 60. Oxnard Gas municipal bond | A | Interest | K | U | | | | | |
| 61. Ventura County Unified School dist. municipal bond | A | Interest | K | U | | | | | |
| 62. Woodside Elementary School municipal bond | A | Interest | K | U | | | | | |
| 63. Chase Bank cash accounts | A | Interest | K | T | | | | | |
| 64. Alcoa stock | | None | | | | | | | |
| 65. American Eagle Outfitters stock | A | Dividend | | | | | | | |
| 66. Avon Products stock | A | Dividend | | | | | | | |
| 67. CVR Partners stock | B | Dividend | | | | | | | |
| 68. Flaherty & CRMRIMNE (PFO) stock | A | Dividend | | | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
   - A =$1,000 or less
   - B =$1,001 - $2,500
   - C =$2,501 - $5,000
   - D =$5,001 - $15,000
   - E =$15,001 - $50,000
   - F =$50,001 - $100,000
   - G =$100,001 - $1,000,000
   - H1 =$1,000,001 - $5,000,000
   - H2 =More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
   - J =$15,000 or less
   - K =$15,001 - $50,000
   - L =$50,001 - $100,000
   - M =$100,001 - $250,000
   - N =$250,001 - $500,000
   - O =$500,001 - $1,000,000
   - P1 =$1,000,001 - $5,000,000
   - P2 =$5,000,001 - $25,000,000
   - P3 =$25,000,001 - $50,000,000
   - P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
   - Q =Appraisal
   - R =Cost (Real Estate Only)
   - S =Assessment
   - T =Cash Market
   - U =Book Value
   - V =Other
   - W =Estimated

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period |  | C. Gross value at end of reporting period |  | D. Transactions during reporting period |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. GAMCO stock | A | Dividend | | | | | | | |
| 70. GENTEX stock | A | Dividend | | | | | | | |
| 71. Genworth Financial stock | | None | | | | | | | |
| 72. KKR Financial Holdings stock | A | Distribution | | | | | | | |
| 73. Kayne Anderson Energy | A | Dividend | | | | | | | |
| 74. Eli Lilly stock | A | Dividend | | | | | | | |
| 75. OPKO stock | | None | | | | | | | |
| 76. Oracle stock | A | Dividend | | | | | | | |
| 77. Penn VA resource Partners | A | Dividend | | | | | | | |
| 78. Provident energy stock | A | Dividend | | | | | | | |
| 79. Rentech Nitrogen stock | A | Dividend | | | | | | | |
| 80. Sprint Nextel stock | | None | | | | | | | |
| 81. Sandridge Miss. TR I | A | Distribution | | | | | | | |
| 82. Teekay Tankers Inc. stock | A | Dividend | | | | | | | |
| 83. Washington Mutual stock | | None | | | | | | | |
| 84. CA St. EDL municipal bond | | None | | | | | | | |
| 85. CA st. Series A municipal bond | | None | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. San Diego CA municipal bond | | None | | | | | | | |
| 87. Bristol Myers Squibb stock | | None | | | | | | | |
| 88. Newell Rubbermaid stock | | None | | | | | | | |
| 89. Easton Vance Limited stock | | None | | | | | | | |
| 90. Hugoton Royalty TR Tx (HGT) stock | A | Dividend | | | | | | | |
| 91. Napco Security stock | | None | | | | | | | |
| 92. PWRSH Financial (PGF) stock | | None | | | | | | | |
| 93. Wendy's stock | A | Dividend | | | | | | | |
| 94. CA Dept. of Vet Affairs municipal bond | A | Interest | | | | | | | |
| 95. San Diego CA Public Fac municipal bond | B | Interest | | | | | | | |
| 96. Eaton Vance Limited Duration Income fund | A | Dividend | | | | | | | |
| 97. Powershares Exchange Traded Fund stock | A | Dividend | | | | | | | |
| 98. Donnelly R R & Sons | A | Dividend | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Name of Person Reporting

O'Connell, Beverly R.

Date of Report

01/03/2013

VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Beverly R. O'Connell**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 33 | 788 | Notes payable to banks-secured (auto) | | 34 | 856 |
| U.S. Government securities | | | | Notes payable to banks-unsecured | | | |
| Listed securities -- see schedule | | 962 | 193 | Notes payable to relatives | | | |
| Unlisted securities | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable -- see schedule | | 445 | 372 |
| Real estate owned -- see schedule | | 655 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 50 | 300 | | | | |
| Cash value-life insurance | | | | | | | |
| Other assets itemize: | | | | | | | |
| Municipal bonds | | 254 | 372 | | | | |
| County of LA Deferred Compensation Plan | | 186 | 834 | | | | |
| City of LA Pension Saving Plan | | 426 | 155 | Total liabilities | | 480 | 228 |
| | | | | Net Worth | 2 | 088 | 414 |
| Total Assets | 2 | 568 | 642 | Total liabilities and net worth | 2 | 568 | 642 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |